Mail body: Fwd: jason bethune vs state of minnesota

---------- Forwarded message ---------
From: **Jason Bethune** <djmoney1974@gmail.com>
Date: Sun, Dec 5, 2021, 3:52 PM
Subject: jason bethune vs state of minnesota
To: Jason Bethune <djmoney1974@gmail.com>

**RECEIVED**
DEC 14 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

12/5/2021
JASON LAVET BETHUNE
Jason Lavet Bethune
YOURMAJESTYJAYMONEYMACKBEY
UCC 1-308

21-cv-2673 PJS/ECW

Jason Bethune vs the State of MINNESOTA

100 Rev. Dr. Martin Luther King Jr Blvd
Saint, Paul, 55155

STATEMENT To COURT

   I Jason Bethune have not been trained by the Military to kill. I Jason Bethune do not belong to any group that supports Institutional Racism.
   I Jason Bethune do belong to a group of individuals who have been kidnapped, raped, beaten, mutilated, humiliated, tortured, murdered, denied freedom,
   victims of thievery, sold as property, forced to work without pay in this Nation known as the United States of America.

   Constitutional Rights are supposed to be upheld and enforced by the government and have been described as Guaranteed Rights? Where is my Guarantee?
   I Jason Bethune have been declared disabled after having suffered a STROKE at 16 years of age by the courts of this land and have yet to see any of
   my Guaranteed Rights upheld.
   My Father and Mother and I have paid money to Social Security out of our pockets. I Jason Lavet Bethune suffered the STROKE at 16 yrs old. I am now 48
   and have yet to receive proper BENEFITS and Social Security is still taking money. FRAUD?
   Any person who becomes disabled before the age of 18 and has not reached 40 credits is supposed to be placed on a program called ADULT CHILD BENEFITS.
   BENEFITS are supposed to be calculated using my FATHERS work History to determine the number of my BENEFITS. This has not happened. FRAUD????
   Disabled persons also are supposed to be PROTECTED under the Americans With Disabilities Act.
   Colored people are supposed to be protected by the Civil Rights Act.
   Recently also with the passing of the Rights of Indigenous People, there should have been even more protection.
   Question? Why does there exist a problem of Law Enforcement Intrusion, Harassment, Assault, and Murder with Impunity??

**SCANNED**
DEC 14 2021
U.S. DISTRICT COURT ST. PAUL

   I Jason Bethune have been assaulted by Court Clerks, Judges, Police Officers, and the Sheriff department in Washington County,
   Dakota County, and Goodhue County. With no remedy provided as mandated by laws of the land. Evidence of Criminal wrongdoing on Video by Officers of the Court
   has yet to be released even after a Judge has ordered its release, but there is a failure to comply which is evidence of disregard for the LAW.
   I Jason Bethune find this behavior to be Disgusting and Heinous.
   Also, these actions point to another problem of Organize Crime element inside Government with the key purpose of denying people of color

Basic Human Rights.

I have sole ownership over my name and likeness which these Entities use to contract business for profit, even if it is unwanted by me. Also, they have failed
to compensate me or ask permission for the use of my name and likeness. Which is a Trademark Violation.

Laws are only good when equally enforced.

Assault of a Disabled Person is a felony. By State Law and Federal Law.
Yet there have been no arrests made in any of these cases.
In one of the cases, Law Enforcement allowed a White Man that ASSAULTED me to go free and arrested me after numerous witnesses told the officer he had the wrong person?
Officer also had intentions of shooting and maybe KILLINg me over the Color of my SKIN! Officer kidnapped and later released me and later charged me with misuse of 911.
For trying to report what he did. Evidence has not been released. Officer said in front of a crowd of my Neighbors that he did not have to RESPECT MY RIGHTS.
This Officer should Immediately be arrested for his UNSCRUPULOUS behavior and actions. But no ACTION has been taken.

Silence is Compliance

Governor Office contacted no action was taken.
Attorney General contacted no action was taken.
POST Board contacted no action was taken.
Department of HUMAN RIGHTS was contacted no action was taken.
Department of Justice contacted no action was taken.
ACLU contacted no action was taken.
NAACP contacted no action was taken.
FBI contacted which is supposed to enforce the CIVIL RIGHTS ACT no action was taken.
Congresswoman contacted no action was taken.
State Representative contacted no action taken.
Local POLice Department contacted no action was taken
The sheriff contacted no action was taken.
Minnesota State Police contacted no action was taken.

This goes to the argument do I have Equal Protection under the LAW?
Also if there has been a breach of Trust by these Government Entities who will actually provide JASON LAVET BETHUNE with my REMEDIES as guaranteed by the
CONSTITUTION?

William E Gladstone "Justice delayed is Justice denied"     1868
Martin Luther King "Justice Delayed is Justice Denied!!"    1963
Martin Luther King "Injustice anywhere is a threat to justice everywhere" 1963
Robert Kennedy    "Every time we turn our heads the other way when we see the law flouted, when we tolerate what we know to be wrong, when we close our eyes
          and ears to the corrupt because we are too busy or too frightened, when we fail to speak up and speak out, we strike a blow against freedom
          and decency and justice."
Fredrich Douglas  " Once you learn how to read, you will forever be free."
Fredrich Douglas  "It is easier to build strong children than to repair broken men"
Malcolm X         "You can't separate peace from freedom because no one can be at peace unless he has his freedom"
John F Kennedy    "There's a plot in this country to enslave every man, woman, and child. Before I leave this high and noble office, I intend to expose this plot"
Four of these individuals were assassinated for their beliefs.

ESTIMATED DAMAGES $444,000,000,000,000 USD

JASON BETHUNE
6725 Ashwood Rd unit 307
Woodbury, MN (55125)